IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| RAY CHARLES COLLIER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| VS. | ) | No. 14-1324-JDT-egb |
| HAYWOOD COUNTY, ET AL., | ) | |
| Defendants. | ) | |

ORDER TO MODIFY THE DOCKET

On October 21, 2015, the Court entered an order to re-open this case and issue process for Haywood County (ECF No. 20), in accordance with the order of the Sixth Circuit Court of Appeals. *See Collier v. Haywood Cnty.*, No. 15-5532 (6th Cir. Sept. 25, 2015). However, the copy of that order which was mailed to the address of record for the *pro se* Plaintiff, Ray Charles Collier, was returned as undeliverable, with the notation that Plaintiff had been released from the Haywood County Jail ("Jail"). (ECF No. 22.)

Although Plaintiff did not notify this Court when he was released, he did provide an alternate address in the notice of appeal, along with the address of the Jail. (ECf No. 15.) That alternate address was used by the Court of Appeals as Plaintiff's address of record. Therefore, the Clerk is directed to MODIFY the docket to reflect that Plaintiff's current address of record is 424 W. 97th Place, Chicago, Illinois 60628.

IT IS SO ORDERED.

  s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE